# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JAMES LESLEY HARMAN
ADC #79054                                                                                          PLAINTIFF

V.                                    2:07CV00136 JMM/JTR

J.W. BELL, Kitchen Supervisor,
East Arkansas Regional Unit, et al.                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendants' Motion to Dismiss (docket entry #22) is DENIED.

2.     Defendants shall, pursuant to Fed. R. Civ. P. 12(a)(4), file an Answer within ten days of the entry of this Order.

Dated this 29th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE