**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JAMES LESLEY HARMAN
ADC #79054                                                                                                    PLAINTIFF

V.                                       2:07CV00136 JMM/JTR

J.W. BELL, Kitchen Supervisor,
East Arkansas Regional Unit, et al.                                                                DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE